

meggesto, crossett & valerino, llp
313 east willow st, suite 201 ~ syracuse, ny 13203
ph (315) 471.1664 ~ fax (315) 471.7882
ww.mcvlaw.com

July 26, 2018

U. S. District Court
Attn: Hon. David E. Peebles
PO Box 7345
Syracuse, New York 13261

Re: United States of America v Cynthia L. Anthony aka Cynthia L. Castelli
Civil Action No. 3:18-cv-00541(MAD-DEP)

Dear Judge Peebles:

Please re-call that my office represents the Plaintiff with regard to the above entitled matter.

After the filing of the Summons and Complaint in this matter the Court issued a Filing Order along with a Civil Case Management Plan along with a date and time for a conference.

Please be advised that the Defendant in this matter has defaulted and currently a Motion for Default Judgment is scheduled to be heard on August 31, 2018 in Albany before Senior Judge Mae A. D'Agostino.

Based upon the foregoing, please confirm that it will not be necessary to file the Civil Case Management Plan and that the Rule 16 Conference scheduled for August 17, 2018 at 10 am is canceled.

Thank you and I await your reply.

Respectfully Yours,

Gary J. Valerino

GJV/mah

Your Needs. Your Rights. Your Life.